AO 241 (Rev. 09/17)

3:22CV860-TJC-JRT

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Middle |
|---|---|
| Name (under which you were convicted): EVIDENTIARY HEARING MARIO DYBELL GOODHIGH | Docket or Case No.: F1423894 |
| Place of Confinement: FLORIDA STATE PRISON | Prisoner No.: M28779 |

Petitioner (include the name under which you were convicted)

MARIO GOODHIGH

v.

Respondent (authorized person having custody of petitioner)

STATE OF FLORIDA

The Attorney General of the State of: FLORIDA

**PETITION**

FILED
8.8.2022
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   MIAMI DADE DADE County Criminal Court

   (b) Criminal docket or case number (if you know): F1423894

2. (a) Date of the judgment of conviction (if you know): MAY 28, 2015
   (b) Date of sentencing: July 29, 2015

3. Length of sentence: 10 YEARS

4. In this case, were you convicted on more than one count or of more than one crime?  ☒ Yes  ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:
   UNOCCUPIED burglary
   GRAND theft

6. (a) What was your plea? (Check one)
   ☒ (1) Not guilty     ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty          ☐ (4) Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? I PlEAd Not GuiHy to both ChARgES All I WAS doing JUSt WAS Riding MY bicycle Going home to my MotheR

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury   ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes   ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes   ☐ No

9. If you did appeal, answer the following:
(a) Name of court: Third district CouRt of APPEAlS
(b) Docket or case number (if you know): 3D15-1796
(c) Result: DENiEd
(d) Date of result (if you know): OCToBER 26, 2016.
(e) Citation to the case (if you know):
(f) Grounds raised: PREJUdiciAl PhotogRAph dENEGRAting DEfENCE

(g) Did you seek further review by a higher state court?   ☑ Yes   ☐ No

If yes, answer the following:
(1) Name of court: US SUPREME CouRt WAShingtoN DC
(2) Docket or case number (if you know):
(3) Result: I JUSt WRotE to the CouRtS ExplAiNing About MY INNOCENCE

Page 3 of 16

AO 241 (Rev. 09/17)

    (4) Date of result (if you know): _____

    (5) Citation to the case (if you know): _____

    (6) Grounds raised: _____

  (h) Did you file a petition for certiorari in the United States Supreme Court?  ☒ Yes  ☐ No

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: IT WAS SENT BACK TO ME BECAUSE I WASN'T DOING IT RIGHT

    (3) Date of result (if you know): N/A

    (4) Citation to the case (if you know): N/A

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☒ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

  (a)  (1) Name of court: MIAMI DADE COUNTY CRIMINAL COURT

    (2) Docket or case number (if you know): F/423899 (A)

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: WROTE TO THE COURTS ABOUT MY INNOCENCE BUT I WASN'T CITING NO AUTHORITIES TO GIVE ME THE RELIEF THAT I WANTED.

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?  ☐ Yes  ☒ No

    (7) Result: _____

Page 4 of 16

AO 241 (Rev. 09/17)

    (8) Date of result (if you know): _____

  (b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ☐ Yes    ☒ No

    (7) Result: _____

    (8) Date of result (if you know): _____

  (c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Not this Issue below

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: THE PLAINTIFF MUST SHOW THAT THE OFFICER CONTINUED HIS INVESTIGATION DESPITE THE FACT HE KNEW OR SHOULD HAVE KNOWN THAT PLAINTIFF WAS INNOCENT OR THE OFFICER USED INVESTIGATIVE TECHNIQUES THAT WERE

(e)   Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: SO COERCIVE AND ABUSIVE THAT (HE) KNEW OR SHOULD HAVE KNOWN THOSE TECHNIQUES WOULD YIELD FALSE INFORMATION CUNNINGHAM V. PEREZ, 345 F.3d 802, 811 (9th Cir. 2003)

GROUND THREE: MIRANANDA WARNING VIOLATIONS OFFICERS VIOLATED MY CONSTITUTION RIGHTS

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
FOR ARRESTING ME. WITH OUT WARNED ME OF MY MIRANDA RIGHTS THAT I HAD THE RIGHT TO REMAIN SILENT, THAT ANYTHING HE SAYS CAN BE USED AGAINST him IN A COURT OF LAW THAT HE HAS THE RIGHT TO THE PRESENCE OF AN ATTORNEY. & NEVER SIGNED ANYTHING AT ALL.

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐ Yes   ☑ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

    (4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☑ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☑ No

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: OFFICERS NEVER had SUPPOSED to HAVE ARRESTED ME AND WASN'T NO PROBABLE CAUSE to stop me

**GROUND FOUR:** INEFFECTIVE ASSISTANT OF COUNSEL COUNSEL VIOLATED MY RIGHTS by

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
TAKING ME TO TRIAL WITHOUT EVEN HAVING AN EVIDENTIARY EVIDENTIARY HEARING

US DISTRICT COURTS TAKE ACTIONS INTO THIS MATTER AND GIVE ME AN EVIDENTIARY HEARING

(b) If you did not exhaust your state remedies on Ground Four, explain why: PETITIONER Got FOUND GUILTY AND INDICTED ON FALSE CHARGES OF AN UNOCCUPIED BURGLARY AND GRAND theft AND WHICH OFFICERS had Violated MY CONSTITUTION RIGHTS. I NEVER SUPPOSED

(c)   **Direct Appeal of Ground Four:** TO HAVE GOTTEN guilty OF CHARGE

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: ON how I WAS FALSELY ACCUSED ATTORNEY did the APPEALING NEVER had AN EVIDENTIARY HEARING

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
     ☐ Yes   ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?           ☐ Yes   ☒ No
(4) Did you appeal from the denial of your motion or petition?      ☐ Yes   ☒ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: COUNSEL NEVER HAVE GOTTEN OFFICER JOSE PAZ DEPOSITIONS THEY NEVER ORDERED CITY OF MIAMI POLICE OFFICER JOSE PAZ DEPOSITIONS. I NEVER HAD AN EVIDENTIARY HEARING ON MY CHARGE BEFORE I WENT TO TRIAL.

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☐ Yes  ☒ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: *Wheres the evidence why didn't I go to an evidentiary hearing before I went to trial which violated my Constitutional rights*

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

   _____
   _____
   _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☐ Yes  ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

   _____
   _____
   _____
   _____
   _____
   _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☐ Yes  ☐ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

   _____
   _____
   _____
   _____
   _____

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: FRANK BOCANEGRA

(b) At arraignment and plea: FRANK BOCANEGRA

(c) At trial: FRANK BOCANEGRA / MYLES BAUCHER

(d) At sentencing: July 29, 2015

(e) On appeal: SHANNON HEMMENDINGER

(f) In any post-conviction proceeding: NONE

(g) On appeal from any ruling against you in a post-conviction proceeding: NONE

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  ☐ Yes  ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?  ☐ Yes  ☒ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

(1) I WAS ARRESTED WRONGFULLY.
(2) NO EVIDENTIARY HEARING
(3) MIRANDA RIGHTS WAS NOT READ TO ME
(4) WASN'T NO PROBABLE CAUSE
(5) FALSE ARRESTED BY THE POLICE

Page 14 of 16

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☐ Yes   ☑ No
(2) Second petition:   ☐ Yes   ☑ No
(3) Third petition:   ☐ Yes   ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: **I didn't no how to make the legal arguments**

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** Violations of due rights process defendants created and pursued false charges against me, in violation of his constitutional rights

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): And wasn't no probable cause to stop me my due process rights claim, is based on City of Miami police use of fabricated evidence to charge and prosecute me, officers made an false arrested by placing

(b) If you did not exhaust your state remedies on Ground One, explain why: me in the back of the police car not handcuffed and know that I was innocent and still took me to jail without any evidence at all. And police perjured false testimonies by saying that I told them that I was the lookout why the other person was burglarizing Cemex construction site why I had waited outside for him

Page 6 of 16

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: Goodhigh that the defendants did know that I was innocent. defendants filed false charges

**GROUND TWO:** DUE PROCESS Right. Not to be SUBJECTED to CRIMINAL CHARGES ON the basis

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): of false evidence that was deliberately fabricated by the Government, "DEVEREAUX V. Abbey, 263 F.3d 1070, 1074-75 (9th Cir 2001) 2008 (US Dist. LEXIS 27). This is Mario Goodhigh to the right not have the prosecution use perjured testimony to secure A conviction. See Id. 1075 (citing Pyle V. Kansas, 317 US 213, 216, 63 S.Ct 177, 87 L.Ed 2014 (1942) Intentional fabrication

(b) If you did not exhaust your state remedies on Ground Two, explain why: of evidence is required it is not enough that the police failed to follow guidelines or to carry out an investigation in a manner that will ensure an error-free result.

(c) **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☒ No

   (2) If you did not raise this issue in your direct appeal, explain why: Not this issue but other issues about my wrongful conviction

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   ☐ Yes    ☐ No

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   _____

   _____

   Docket or case number (if you know): _____

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: ON All GROUNDS RELEASE ME FROM PRISON. PETITIONER ASKING this COURTS TO TAKE IMMEDIATE ACTIONS INTO THIS MATTER

or any other relief to which petitioner may be entitled. WHEREFORE PETITIONER ASKING this COURTS for SOME RELIEF. DISSMISSED THIS CHARGE OF AN UNOCCUPIED BURGLARY AND GRAND THEFT. EVIDENTIARY EVIDENTIARY HEARING

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 7-24-22 (month, date, year).

Executed (signed) on 7-24-22 (date).

_Mario Goodhigh_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____